UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 18-cv-8347 |
| v. | ) Judge Sara L. Ellis |
| | ) |
| DR. EMIL M. MAROGIL ORTHODONTICS PC, BEC MANAGEMENT, LLC, AND EMIL M. MAROGIL, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR JUDGMENT UPON DEFAULT

NOW COMES Plaintiff, Bank of America, N.A. ("BANA"), by and through its undersigned counsel, and for its Motion for Judgment Upon Default against Defendants Dr. Emil M. Marogil Orthodontics PC ("Borrower"), BEC Management, LLC ("BEC") and Emil M. Marogil ("Marogil") (collectively, the "Defendants"), pursuant to Federal Rule of Civil Procedure 55(b), states as follows:

1. On December 20, 2018, BANA filed its Complaint for breach of contract against the Defendants. *See* D.E. 1.

2. On February 20, 2019, the Court entered a default against the Defendants. *See* D.E. 16.

3. The Servicemembers Civil Relief Act does not apply to Borrower and BEC, both non-natural persons. Upon information and belief, Marogil is not in the military service of the United States. *See* Affidavit of Military Service, attached hereto as **Exhibit 1**.

4. Pursuant to their default, the Defendants admit the allegations of the Complaint. *See* Fed. R. Civ. P. 8(b)(6).

1

5.     The Defendants, jointly and severally, are indebted to BANA on its breach of contract claims in the principal amount of $290,460.44, plus accrued regular interest of $12,958.61, accrued default interest in the amount of $4,679.64, late charges of $12,210.73, and $250.00 in other fees, for a total due and owing (as of March 1, 2019) of $320,559.42, plus accruing regular interest at the rate of $53.98 per diem and default interest at a rate of $40.34 per diem, plus attorneys' fees and costs. *See* Affidavit of Kelly L. Kampenga in Support of Damages, ¶ 25, attached hereto as **Exhibit 2**; Affidavit of Natalia R. Griesbach in Support of Attorneys' Fees and Costs, attached hereto as **Exhibit 3**, ¶ 3.

6.     Pursuant to the Meet and Confer Requirement of this Court, no pre-filing conference is required, as the Defendants have not answered the Complaint and while an attorney has filed an appearance on behalf of the Defendants, he has stated to counsel for BANA that the Defendants will not be filing an Answer or otherwise pleading in response to the Complaint.

WHEREFORE, Plaintiff Bank of America, N.A., respectfully requests that the Court enter an Order granting the motion for monetary judgment in favor of Bank of America, N.A. and against Dr. Emil M. Marogil Orthodontics PC, BEC Management, LLC and Emil M. Marogil, jointly and severally, in the amount of $290,460.44, plus accrued regular interest of $12,958.61, accrued default interest in the amount of $4,679.64, late charges of $12,210.73, $250.00 in other fees, plus attorneys' fees and costs through February 27, 2019 of $7,160.50 for a total judgment (as of March 1, 2019) of $327,719.92, plus accruing regular interest at the rate of $53.98 per diem and default interest at a rate of $40.34 per diem, plus attorneys' fees and costs which continue to accrue, and any other and further relief as this Court deems just and appropriate.

Dated: March 1, 2019       By:   s/Natalia R. Griesbach
                                 Natalia R. Griesbach (ARDC # 6278368)
                                 Allison E.K. Pietras  (ARDC #  6303641)
                                 LOWIS & GELLEN, LLP
                                 175 W. Jackson Blvd., Ste. 950
                                 Chicago, IL 60604
                                 Telephone: (312) 364-2500
                                 Facsimile: (312) 364-1003
                                 Email: ngriesbach@lowis-gellen.com
                                 apietras@lowis-gellen.com

                                 Attorneys for Plaintiff, Bank of America, N.A.